The People of the State of Illinois, Plaintiff-Appellee, *v.* P. L. Diming, Defendant-Appellant.

(No. 57499;

First District (2nd Division)—September 18, 1973.

PER CURIAM.
DOWNING, J., took no part.

Caplan and Golding, of Chicago, (Robert B. Rosen, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, William K. Hedrick and Thomas Passarelli, Assistant State's Attorneys, of counsel,) for the People.